**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Kristy Marie Castagna            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10500 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

                          Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
08 Mar 2024, 16:02:06, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322