# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kristy Marie Castagna          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 24-10500 MDC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
08 Mar 2024, 16:02:06, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 8ed5095c06b9ad1bac3068828af19c4788a719e997e1b46d0d82333c5b174a9e