Form OL241 (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )  <br>   Kristy Marie Castagna  )  <br>  )  <br>  )  <br>   Debtor(s).  )  <br>  )  <br>  ) | Case No. 24−10500−mdc  <br><br>Chapter: 13 |

## ORDER

    AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated February 15, 2024, this case is hereby DISMISSED.

DATE:  March 14, 2024

_____
Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

Missing Documents:
Matrix
Chapter 13 Plan
SSN − Form B121
Statement of Financial Affairs
Atty Disclosure Statement